**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000062
28-JUN-2024
08:13 AM
Dkt. 40 ODSD**

NO. CAAP-24-0000062

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF THE GUARDIANSHIP OF I.W. and T.E.

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NOS. 5GD151000035 and 5GD151000036 (consolidated))

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before April 8, 2024, and June 5, 2024, respectively;

(2) Self-represented Mother-Appellant and self-represented Stepfather-Appellant (together, **Appellants**) failed to file either document, or request an extension of time;

(3) On June 10, 2024, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on June 20, 2024, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellants could request relief from default by motion; and

(4) Appellants have not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 28, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge